```
                                            FILED
                                    CLERK, U.S. DISTRICT COURT

                                         MAY - 9 2008

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY                     DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR 96-0549 GAF |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER OF DETENTION** |
| v. | ) | |
| | ) | [Fed. R. Crim. P. 32.1(a)(6); |
| TOBY LAMONTE BRAZIER, | ) | 18 U.S.C. § 3143(a)] |
| | ) | |
| Defendant. | ) | |

    The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

    The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A.    (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on (1) his lack of sufficient bail resources; (2) the instant allegations indicate that he is not amenable to supervision.

and/or

B.    ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the

1 community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based
2 on:_____
3 _____
4     IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending
5 further revocation proceedings.

7 Dated: ____May 9____, 2008.

8                                               _____
9                                                  Fernando M. Olguin
                                               United States Magistrate Judge