```
                                    FILED
                        CLERK, U.S. DISTRICT COURT
                              JUL 1 4 2015
                        CENTRAL DISTRICT OF CALIFORNIA
                        BY              DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

96 CR 549

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| | ) Allegations of Violations of Probation |
| TOBY LAMONTE BRAZIER, | ) Supervised Release) |
| | ) Conditions of Release) |
| Defendant. | ) |

   On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

   The court finds no condition or combination of conditions that will reasonably assure:

   (A) ☒  the appearance of defendant as required; and/or
   (B) ☒  the safety of any person or the community.

//
//

The court concludes:

A. ☒ Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will not engage in further crimes of violence

(B) ☒ Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will appear to all court ordered hearings as required

IT IS ORDERED that defendant be detained.

DATED: 7/14/2015

*John E. McDermott* (signature)
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE